**E-Filed 10/2/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. NATIONAL ASSOCIATION, as TRUSTEE for BSALTA 2006-3,<br><br>    Plaintiff,<br><br>v.<br><br>CECILIA REGALDO and DOES I through X, inclusive,<br><br>    Defendants._____/ | Case No. 5:09-CV-04189 JF (RS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On September 16, 2009, Magistrate Judge Richard Seeborg recommended that this Court grant the application of Defendant Cecilia Regaldo to proceed *in forma pauperis* but remand the case to the Santa Clara Superior Court. No objections have been filed. The Court has reviewed Judge Seeborg's recommendation in conformity with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts in its entirety the recommendation. The above-entitled action is hereby remanded to the Santa Clara Superior Court. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 10/2/09

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-04189 JF (RS)
ORDER ADOPTING REPORT AND RECOMMENDATION
(JFLC3)